Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@ toddflaw.com
***Attorneys for Plaintiff***

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT and ABANTE ROOTER AND PLUMBING INC, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> DIRECT LISTINGS, LLC, and DOES 1 through 10, inclusive, and each of them, <br><br> Defendants. | Case No. 2:20-cv-10005-ODW-PLA <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this action without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

///

1  Respectfully submitted this 4th Day of February, 2021.

2

3                                                          By: s/Todd M. Friedman Esq.
                                                                Todd M. Friedman
4                                                               Attorney For Plaintiff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Dismissal

- 2 -

1    Respectfully submitted this 4th Day of February, 2021.

2

3                                  By: s/Todd M. Friedman Esq.

                                      Todd M. Friedman

4                                  Attorney For Plaintiff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Filed electronically on February 4, 2021, with:

United States District Court CM/ECF system

Notification sent electronically on February 4, 2021, to:

To the Honorable Court, all parties and their Counsel of Record

s/ Todd M. Friedman
   Todd M. Friedman